```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 00666
   CATHRYN A WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4687

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/15/2007 and was confirmed 04/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was converted to chapter 7 after confirmation 08/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
BANKUNITED FSB             CURRENT MORTG         .00           .00            .00
BENEFICIAL ILLINOIS INC    CURRENT MORTG         .00           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         2073.44           .00         117.96
AMERICAN EXPRESS BANK      UNSECURED        13508.92           .00         768.62
JAFFE & ASHER LLP          NOTICE ONLY      NOT FILED          .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED        62725.37           .00        3568.96
JAFFE & ASHER LLP          NOTICE ONLY      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         3760.93           .00         213.98
PORTFOLIO RECOVERY ASSOC   UNSECURED          415.57           .00          16.36
CITIBANK USA SEARS         UNSECURED        NOT FILED          .00            .00
DALMACIO CUSI MD           UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        52116.97           .00        2965.36
PHILLIPS & COHEN ASSOC     NOTICE ONLY      NOT FILED          .00            .00
MBNA AMERICA               UNSECURED        NOT FILED          .00            .00
MBNA AMERICA               UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1555.77           .00          81.69
SIMMONS FIRST NATIONAL B   UNSECURED         7023.44           .00         399.60
UNIVERSITY OF CHICAGO PH   UNSECURED        NOT FILED          .00            .00
UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          488.16           .00          17.10
ILLINOIS DEPT OF REVENUE   PRIORITY           612.00           .00         612.00
JEFF A WHITEHEAD           DEBTOR ATTY      2,579.36                      2,579.36
TOM VAUGHN                 TRUSTEE                                          852.05
DEBTOR REFUND              REFUND                                           710.96

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                12,904.00

PRIORITY                                         612.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00666 CATHRYN A WILLIAMS
```

```
SECURED                                                                 .00
UNSECURED                                                          8,149.63
ADMINISTRATIVE                                                     2,579.36
TRUSTEE COMPENSATION                                                 852.05
DEBTOR REFUND                                                        710.96
                                       ---------------    ---------------
TOTALS                                      12,904.00         12,904.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 11/20/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```